FILED

DEC 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | BENJAMIN W. WAGNER
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES OF AMERICA,       )
                                )   CASE NO. 1: 1 0 MJ 0 0 3 3 2  SMS
            Plaintiff,           )
                                )   APPLICATION AND ORDER TO
      v.                         )   SEAL COMPLAINT AND ARREST
                                )   WARRANT
STEFAN LEMAR MILLER,            )
                                )
            Defendant.           )
_____)

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

DATED: November 30, 2010                    Respectfully submitted,

                                            BENJAMIN W. WAGNER
                                            United States Attorney

                                    By      _____
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

1  BENJAMIN W. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,            )       CASE NO.
                                         )
12               Plaintiff,              )
                                         )       APPLICATION AND ORDER TO
13          v.                           )       SEAL COMPLAINT AND ARREST
                                         )       WARRANT
14  STEFAN LEMAR MILLER,                 )
                                         )
15               Defendant.              )
    _____ )

16

17

18

19          The United States of America hereby applies for an order permitting it to file the complaint

20  and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

21          IT IS SO ORDERED.

22

23  DATED: 12/01/10                              _____
                                                 SANDRA M. SYNDER
24                                               United States Magistrate Judge

25

26

27

28

                                                2