BENJAMIN W. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10MJ0332 SMS |
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |
| STEFFAN LEMAR MILLER, | |
| Defendant. | |

The criminal complaint and arrest warrant in this case, were sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. It appears that they no longer need remain secret since the defendant has been arrested. We request that they be unsealed.

Respectfully Submitted,

DATED: December 3, 2010

BENJAMIN W. WAGNER
United States Attorney

By
MARK J. McKEON
Assistant U.S. Attorney

1

1 | BENJAMIN W. WAGNER
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:10MJ0332 SMS |
|---|---|
| Plaintiff, | ) |
| | ) MOTION AND ORDER TO UNSEAL |
| v. | ) CRIMINAL COMPLAINT |
| | ) AND ARREST WARRANT |
| STEFFAN LEMAR MILLER, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed and made public record.

DATED: December 3, 2010

_____
United States Magistrate Judge