DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEFAN LAMAR MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00500 OWW |
| Plaintiff, | ORDER GRANTING MOTION TO TRAVEL FOR STEFAN MILLER |
| v. | |
| STEFAN LAMAR MILLER, | Time: |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**ORDER FOR TRAVEL**

Having heard Defendant Stefan Miller's motion to travel on February 28, 2011, and after having given said motion due consideration,

IT IS HEREBY ORDERED that the Motion to Travel is GRANTED.  Stefan Lamar Miller will travel to Los Angeles, California on March 3, 2011 to regain physical custody of his eight year old daughter.  The regaining of custody will be with the aid and assistance of the Sheriff's Department.

On the evening of March 3, 2011, Stefan Miller will reside at the residence of his mother, Donna Woody, in Pacoima, California.

On March 4, 2011, Stefan Miller will return to his residence in Sacramento, California.

///

///

1   All remaining conditions of pre-trial release previously ordered shall remain in full force and
2 effect.

4 IT IS SO ORDERED.

5 **Dated:   March 2, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE