DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEFAN LEMAR MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>STEFAN LEMAR MILLER,<br><br>           Defendant. | NO. 1:10-cr-00500 OWW<br><br>STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS; ORDER THEREON<br><br><br><br>Judge: Hon. Sandra M. Snyder |

Whereas Pretrial Services recommends that the conditions of pretrial release relating to Defendant Stefan Lemar Miller, be modified as set forth below,

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney Mark McKeon, counsel for Plaintiff, and Assistant Federal Defender Melody M. Walcott, counsel for Defendant, with the agreement of the Pretrial Services Officer, that the conditions of pretrial release made at the bail review hearing held January 25, 2011 and the Order Setting Conditions of Release signed by the Magistrate Judge Sandra Snyder on January 26, 2011 relating to defendant Stefan Lemar Miller in the above-referenced matter may be modified, as follows:

///

///

1. The defendant shall be removed from home detention and placed on curfew from 8PM to 8AM. He shall remain on electronic monitoring. All other previously-ordered conditions of release remain in full force and effect pending further order of the Court.

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

DATED: April 14, 2011                         By:    /s/  Mark McKeon
                                                                    MARK McKEON
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff

                                                                    DANIEL J. BRODERICK
                                                                    Federal Public Defender

Dated: April 14, 2011                                  /s/ Melody M. Walcott
                                                                    MELODY M. WALCOTT
                                                                    Assistant Federal Defender
                                                                    Attorney for Defendant
                                                                    STEFAN LEMAR MILLER

## **O R D E R**

**IT IS SO ORDERED**. The conditions of pretrial release made at the detention hearing held January 25, 2011 and the Order Setting Conditions of Release signed by the Court on January 26, 2011 relating to defendant Stefan Lemar Miller in the above-referenced matter are hereby modified to include the provisions herein above set forth. All other prior terms and conditions of release shall remain in full force and effect pending further order of the court.

IT IS SO ORDERED.

**Dated:   April 16, 2011**                            /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE